```
               UNITED STATES DISTRICT COURT

                    DISTRICT OF HAWAII
```

| ANDREW K. KAMANA'O, | CIV. NO. 23-00628 LEK-KJM |
|---|---|
| Plaintiff, | |
| vs. | |
| KEVIN D. CHANG, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT; | |
| Defendant. | |

### ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

On December 27, 2023, pro se Plaintiff Andrew K. Kamana`o ("Kamana`o") filed his Complaint for a Civil Case ("Complaint"). [Dkt. no. 1.] The Complaint was dismissed for failure to state a claim upon which relief can be granted. [Order: Dismissing Without Prejudice Plaintiff's Complaint for a Civil Case; Reserving Ruling on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs; and Directing that Plaintiff's Filing Fee Be Refunded, filed 4/12/24 (dkt. no. 10) ("4/12 Order"), at 6-7.] The dismissal of the Complaint was without prejudice to the filing of a petition pursuant to Title 28 United States Code Section 2254. [Id. at 10.] Kamana`o was permitted to file a Section 2254 petition in this case by May 28, 2024. Kamana`o was cautioned that, if he

did not file a Section 2254 petition by May 28, 2024, this case would be closed. [Id. at 12-13.]

Kamana`o has neither filed a Section 2254 petition in this case nor requested an extension of time to do so. Therefore, the Clerk's Office is DIRECTED to close the case on **June 21, 2024,** pursuant to the 4/12 Order.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 6, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ANDREW K. KAMANA`O VS. KEVIN D. CHANG, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT; CV 23-00628 LEK-KJM; ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**